UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 23-30234 |
| | ) | |
| GEORGE KONSTANTINOS VOUVOUDAKIS, | ) ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

## *EX PARTE* MOTION TO CONDUCT RULE 2004 DISCOVERY

Heather W. Culp, Trustee for the estate of the above-captioned Chapter 7 bankruptcy ("Movant"), requests that the Court enter an order permitting her to examine the following via document subpoena pursuant to Federal Rule of Bankruptcy Procedure Rule 2004: Coinbase, Inc.; Block of Delaware, Inc.; Gemini Trust Company, LLC; Celsius Network, LLC; PayPal, Inc.; and Robinhood Crypto, LLC. In support, Movant shows the following:

1. The Debtor filed this Chapter 7 bankruptcy on April 4, 2023.

2. Movant has examined the Debtor's financial records and they include evidence of the purchase, sale, and transfer of cryptocurrency within the six months prior to this bankruptcy filing. Further, the Debtor disclosed that he has cryptocurrency on deposit with Celsius Network, LLC and thus a claim in the Celsius Network, LLC jointly administered Chapter 11 cases (Bankr. S.D.N.Y. case no. 22-10964).

3. In his Schedule A/B the Debtor disclosed that he owns bitcoin mining machines.

4. The most recent contact that Movant had with the Debtor was during his May 3, 2023 initial meeting of creditors. During that hearing, Movant requested documents and information from the Debtor, and on May 10th Movant sent the Debtor an e-mail confirming in writing her requests. The Debtor has not responded to the document and information requests. The May 3, 2023 meeting of creditors was continued to May 24, 2023. The Debtor did not appear. The May 24, 2023 meeting of creditors was continued to June 14, 2023. The Debtor did not appear.

5. Based on Movant's investigation and that of her special counsel Jason Hendren, Movant is informed and believes that the Debtor regularly engages in cryptocurrency transactions and may have transacted that business through the following entities ("the Entities"):

    a. Coinbase, Inc.

    b. CashApp (an affiliate or subsidiary of Block, Inc., which uses the name Block of Delaware, Inc., in North Carolina, according to the records of the North Carolina Secretary of State)

  c. Gemini Trust Company, LLC (a/k/a Gemini Exchange, LLC)

  d. Celsius Network, LLC

  e. Venmo (an affiliate or subsidiary of PayPal, Inc.)

  f. Robinhood Crypto, LLC

 6. According to records maintained by the North Carolina Secretary of State, each of the Entities applied for a certificate of authority to transact business in the state of North Carolina.

 7. Movant wishes to review the Entities' records as to the Debtor as part of her investigation of the Debtor's acts, conduct, or property, the Debtor's liabilities, and financial condition, matters which may affect the administration of the Debtor's estate, and the Debtor's right to a discharge. (The Court *sua sponte* denied the Debtor's discharge from the bench on June 12, 2023.)

 8. Document subpoenas issued pursuant to this motion will allow at least 21 days for production.

 WHEREFORE, Movant respectfully requests the entry of an Order pursuant to Federal Rule of Bankruptcy Procedure 2004 authorizing her to examine Coinbase, Inc., Block of Delaware, Inc., Gemini Trust Company, LLC, Celsius Network, LLC, PayPal, Inc., and Robinhood Crypto, LLC via document subpoena and for such other and further relief as may be just and appropriate.

June 16, 2023.     /s/Heather W. Culp
           Heather W. Culp
           NC Bar No. 30386
           Chapter 7 Trustee/Attorney for Trustee
           Essex Richards, P.A.
           1701 South Boulevard
           Charlotte, North Carolina 28203
           Telephone: (704) 377-4300
           Facsimile: (704) 372-1357
           E-mail: Heather.Culp@essexrichards.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2023, I electronically filed the foregoing ***EX PARTE MOTION TO CONDUCT RULE 2004 DISCOVERY*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to those registered, including the following parties:

U.S. Bankruptcy Administrator

I further certify that the foregoing was this day served on the following parties listed below by mailing a copy of the same in an envelope addressed to each party with proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Postal Service:

George Konstantinos Vouvoudakis
158 Hillcrest Drive SW
Milledgeville, GA 31061

/s/Heather W. Culp
Heather W. Culp, NC Bar No. 30386
Chapter 7 Trustee/Attorney for Trustee
Essex Richards, P.A.
1701 South Boulevard
Charlotte, North Carolina 28203
Telephone: (704) 377-4300
Facsimile: (704) 372-1357
E-mail: Heather.Culp@essexrichards.com